IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CL ABOR and MICHEALA ABOR, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | No. 3:24-cv-522-K |
| | § | |
| THUY FRAZIER, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiffs filed a Notice of Recusal of Judge Pursuant to 28 U.S.C. § 455 on March 20, 2024, which the Court treats as Objections to the Findings, Conclusions and Recommendations of the Unite States Magistrate Judge. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.  Plaintiffs' Objections are **OVERRULED.**

SO ORDERED.

Signed March 25th, 2024.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE